**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1218**

MARY JANE SUGGS,

       Plaintiff - Appellant,

    v.

M&T BANK,

       Defendant – Appellee,

    and

MORTGAGE AMENITIES CORPORATION; GOVERNMENT NATIONAL MORTGAGE ASSOCIATION, as Trustee for Securitized Trust Ginnie Mae Remic Trust 2001-10; Ginnie Mae,

       Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  John A. Gibney, Jr., District Judge.  (3:15-cv-00396-JAG)

Submitted: July 27, 2017                        Decided:  August 1, 2017

Before GREGORY, Chief Judge, and DUNCAN and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Mary Jane Suggs, Appellant Pro Se. Robert Miltz Luck, III, REED SMITH, LLP, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mary Jane Suggs appeals the district court's order granting defendant's motion to dismiss her civil action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Suggs v. M&T Bank*, No. 3:15-cv-00396-JAG (E.D. Va. Jan. 18, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*